JAMES A. DUGGER v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

No. 7410SC90

(Filed 17 April 1974)

PURPORTED appeal by defendant from an order entered by *Bailey, Judge,* on 29 October 1973, in chambers, in the Superior Court of WAKE County.

*Sanford, Cannon, Adams & McCullough by Robert W. Spearman; Everett, Everett & Creech by William G. Hancock, attorneys for plaintiff appellee.*

*Attorney General Robert Morgan by Walter E. Ricks III, Assistant Attorney General, for respondent appellant.*

VAUGHN, Judge.

The purported appeal is from an interlocutory order and the appeal is dismissed. Certiorari is denied.

Appeal dismissed.

Certiorari denied.

Judges BRITT and PARKER concur.